UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
*In re*:

WINDSTREAM HOLDINGS INC., *et al.*,

                                Debtors.
------------------------------------------------------------------------x
WINDSTREAM HOLDINGS, INC., *et al.*,

                                Plaintiffs,

   - against -

CHARTER COMMUNICATIONS, INC. and
CHARTER COMMUNICATIONS OPERATING, LLC,

                                Appellees.
------------------------------------------------------------------------x

**ORDER**

No. 20-CV-121 (CS)

<u>Seibel, J.</u>

      For the reasons stated on the record on April 21, 2020, Plaintiffs' Motion to Dismiss the Notice of Appeal, (Doc. 17), is GRANTED.  The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated:  April 24, 2020
         White Plains, New York

                                                    CATHY SEIBEL, U.S.D.J.